# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID E. GLASGOW  
1119 - 9TH STREET  
ROCKFORD, IL 61104

SSN-xxx-xx-7303

Case Number: 05-73480

Case filed on: 7/12/2005  
Plan Confirmed on: 9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,868.95

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | DAVID E. GLASGOW | 0.00 | 0.00 | 170.98 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 170.98 | 0.00 |
| 001 | AMERICAN CASH N GO | 200.00 | 200.00 | 200.00 | 12.75 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY | 510.99 | 510.99 | 510.99 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 770.00 | 410.57 | 410.57 | 140.24 |
|  | Total Secured | 1,480.99 | 1,121.56 | 1,121.56 | 152.99 |
| 001 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES INC | 378.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS BANKRUPTCY SERVICE | 809.07 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 699.26 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 538.84 | 0.00 | 0.00 | 0.00 |
| 009 | FRANKLIN MINT BUREAU OF ACCT. MAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVANCE CASH EXPRESS | 750.00 | 750.00 | 750.00 | 69.69 |
| 011 | MONEY CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MP TOTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 173.00 | 0.00 | 0.00 | 0.00 |
| 014 | RICE AUTO SALES | 876.30 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROYCE FINANCIAL | 190.00 | 0.00 | 0.00 | 0.00 |
| 017 | LEONA GLASGOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CASH BOX LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,414.47 | 750.00 | 750.00 | 69.69 |
|  | Grand Total: | 7,259.46 | 3,235.56 | 3,406.54 | 222.68 |

Total Paid Claimant:   $3,629.22  
Trustee Allowance:   $239.73  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009         By  /s/Heather M. Fagan